# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| INDUS Corporation ) | ASBCA No. 60166 |
| ) | |
| Under Contract No. DCA100-03-D-4007 ) | |

APPEARANCE FOR THE APPELLANT:     John R. Tolle, Esq.
                                  Baker, Cronogue, Tolle & Werfel, LLP
                                  McLean, VA

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                  DCMA Chief Trial Attorney
                                  Kara M. Klaas, Esq.
                                  Trial Attorney
                                  Defense Contract Management Agency
                                  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  16 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60166, Appeal of INDUS Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals